UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:23-cv-01560-SEB-KMB<br>) |
| FACEBOOK, et al., | )<br>)<br>) |
| Defendants. | ) |

**FINAL JUDGMENT**

Having this day directed that final judgment shall be entered against Plaintiff, the Court now enters final judgment. This action is **DISMISSED WITH PREJUDICE** and with a warning of sanctions on future filings imposed.

Date: _____9/5/2023_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT W. JOHNSON
65 Sidney St.
Buffalo, NY 14211

1